UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHARLES JORDAN, JR., ) | 1:99-CV-05093-REC-SMS-P |
| ) | |
| Plaintiff, ) | ORDER GRANTING EXTENSION OF |
| ) | TIME TO FILE OBJECTIONS |
| v. ) | (DOCUMENT #103) |
| ) | |
| GREENAN, et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 29, 2005, plaintiff filed a motion to extend time to file objections to the Magistrate's findings and recommendations of September 13, 2005. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file objections to the findings and recommendations of September 13, 2005.

IT IS SO ORDERED.

**Dated:   October 27, 2005**           **/s/ Sandra M. Snyder**
b6edp0                     UNITED STATES MAGISTRATE JUDGE