IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHARLES JORDAN, JR., | No. CV-F-99-5093 REC/SMS P |
| Plaintiff, | ORDER EXTENDING TIME WITHIN WHICH TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S RECOMMENDATION |
| vs. | |
| GREENAN, et al., | |
| Defendant. | |

    On September 19, 2005, the United States Magistrate Judge filed a recommendation that defendants' motion for summary judgment be granted and this action dismissed. The recommendation advised that objections were to be filed within 15 days of service. On September 29, 2005, plaintiff filed a motion to extend time within which to file objections. By Order filed on October 27, 2005, the Magistrate Judge extended the time within which to file objections for 30 days from the date of service of the Order. On November 28, 2005, plaintiff filed a notice of change of address and further advised that he will not

1

receive his property for approximately three weeks.  Plaintiff requested that the court hold this case "in abeyance" until plaintiff can obtain his legal documents from the prison authorities in order to file objections to the recommendation.

Because the court has already granted an extension of time to file objections, the court will not allow an open-ended period within which to file objections.  However, given plaintiff's recent transfer from one prison to another, the court grants an extension of time of 30 days from the date of service of this order to file objections to the recommendation filed on September 19, 2005.

IT IS SO ORDERED.

**Dated:  December 8, 2005**                     **/s/ Robert E. Coyle**
668554                                                               UNITED STATES DISTRICT JUDGE