# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHARLES JORDAN, JR., | CV F   99-5093 REC SMS P |
| Plaintiff, | ORDER CONSTRUING LETTER AS REQUEST FOR EXTENSION OF TIME (Doc. 107.) |
| v. | |
| GREENAN, et. al., | ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE HIS OBJECTIONS (Doc. 107.) |
| Defendants. | |

Robert Charles Jordan ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 13, 2005, the Magistrate Judge issued Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any Objections to the Report and Recommendation were to be filed within thirty days.  The Court previously granted Plaintiff two extensions fo time, however, Plaintiff has still be unable to submit his Objections.

On January 6, 2006, Plaintiff submitted a letter to the Court which provided that Plaintiff was having difficulty obtaining his legal materials due to a recent transfer.  Generally, letters to

1  the Court are not accepted and not filed in the case, however, in this instance, the letter was filed
2  by the Clerk of Court.  The Court construes the letter as a request for an extension of time and
3  GRANTS Plaintiff thirty (30) days in which to file his Objections.  Plaintiff is reminded that the
4  Findings and Recommendations were issued in September of last year, giving Plaintiff almost
5  four months to formulate Objections.  Plaintiff is forewarned that the Court is not inclined to
6  grant Plaintiff's an indefinite amount of time to submit Objections and will only grant an
7  extension upon a showing of extremely good cause.

       Accordingly, the Court HEREBY ORDERS:

       1.       The Letter submitted on January 6, 2006, is CONSTRUED as a request for an extension of time to file Objections;

       2.       The Request for an Extension of Time is GRANTED.  The Objections are due within THIRTY (30) days of the date of service of this Order.

IT IS SO ORDERED.

**Dated:   January 18, 2006**                  **/s/ Sandra M. Snyder**
b6edp0                                               UNITED STATES MAGISTRATE JUDGE