UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHARLES JORDAN, JR., | 1:99-cv-05093-REC-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 102) |
| vs. | |
| GREENAN, et al., | **ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** (Doc. 94) **AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT FOR DEFENDANTS** |
| Defendants. | |

Plaintiff, Robert Charles Jordan, Jr. ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 13, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fifteen (15) days. On September 29, 2005, plaintiff filed a motion to extend time. On October 27, 2005, the court granted plaintiff an

1

additional thirty (30) days within which to respond.  However, on November 28, 2005, plaintiff filed a notice of change of address. Therefore, on December 9, 2005, the court granted plaintiff an additional thirty (30) days within which to respond.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 13, 2005, are ADOPTED IN FULL;

2. Defendants' motion for summary judgment, filed February 15, 2005, is GRANTED; and,

3. The Clerk of Court is DIRECTED to enter judgment for defendants.

IT IS SO ORDERED.

**Dated: March 3, 2006**              /s/ Robert E. Coyle
668554                                UNITED STATES DISTRICT JUDGE